1  Dana N. Gwaltney (SBN 209530)
   Sara J. Romano (SBN 227467)
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:   415.544.1900
4  Facsimile:   415.391.0281

5  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
6  CORPORATION, CARDIAC PACEMAKERS, INC.,
   ORIGIN MEDSYSTEMS, INC. and BOSTON
7  SCIENTIFIC CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 MARYLOU ARMUTH, *et al.*,            Case No. 2:06-CV-02420-DFL-DAD

12          Plaintiffs,                  STIPULATION AND ORDER TO
                                         CONTINUE PRETRIAL DEADLINES
13     vs.

14 GUIDANT CORPORATION, *et al.*,

15          Defendants.

16

17     IT IS HEREBY STIPULATED by and between the parties through their designated counsel

18 that the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint in this

19 action should be extended. It is further stipulated that the deadline for the parties to submit a joint

20 status report pursuant to Federal Rule of Civil Procedure 26(f) should be extended. Defendants seek

21 to transfer this case to the Multi-District Litigation proceeding established in the United States

22 District Court, District of Minnesota ("MDL court"). Accordingly, the following deadlines will be

23 modified as follows:

24     The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint

25 shall be as follows:

26     (a)  if the case is not remanded to state court, and is transferred to the MDL court, any

27 response will be due pursuant to a deadline set by the MDL court;

28

PDF created with pdfFactory trial version www.pdffactory.com

1  (b)  if the case is not remanded and also is not transferred to the MDL court, any response
2 will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or
3  (c)  if the case is remanded, any response will be due thirty (30) days after the remand
4 decision by this Court.
5  The deadline for the parties to prepare and submit a joint status report shall be as follows:
6  (a)  if the case is not remanded to state court, and is transferred to the MDL court, any
7 joint status report will be due pursuant to a deadline set by the MDL court; or
8  (b)  if the case is not remanded and also is not transferred to the MDL court, the joint
9 status report will be due thirty (30) days after this Court denies remand.
10  All other deadlines will be set pursuant to Federal and local rule.
11  IT IS SO STIPULATED.
12
13 DATED: November ___, 2006    Respectfully submitted,
14
15        SHOOK, HARDY & BACON L.L.P.
16        By:_____
17         DANA N. GWALTNEY
         SARA J. ROMANO
18
19      Attorneys for Defendants
      GUIDANT CORPORATION, GUIDANT SALES
      CORPORATION, CARDIAC PACEMAKERS, INC.,
20    BOSTON SCIENTIFIC CORPORATION and ORIGIN
      MEDSYSTEMS, INC.
21
22
23 DATED: November ___, 2006    Respectfully submitted,
24        REINER, SIMPSON, TIMMONS, & SLAUGHTER, L.L.P.
25        By:_____
26         ROBERT G. SIMPSON
27      Attorneys for Plaintiffs
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
113143v1              2              CASE NO. 2:06-cv-02420-DFL-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  November 9, 2006

/s/ David F. Levi
THE HONORABLE DAVID F. LEVI

PDF created with pdfFactory trial version www.pdffactory.com